JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOKEY MOSE,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. 2:20-cv-10158-CAS-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that Ground One of the Petition is dismissed with prejudice, and Ground Two of the Petition is dismissed without prejudice to Petitioner raising the claim in a civil rights action under 42 U.S.C. § 1983.

DATED: January 8, 2021

                                CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE